Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of the Equitable Casualty and Surety Company, Respondent, v. The Mutual Life Insurance Company of New York (Sued as " The Mutual Life Insurance Company "), Defendant, Impleaded with Chemical Bank and Trust Company (Sued as " The Chemical Bank & Trust Company "), Appellant.— Order, so far as appealed from, denying motion of defendant Chemical Bank and Trust Company for summary judgment against the plaintiff, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Timap, Inc., Respondent, v. Isidore Kreinik and Joseph Kreinik, Appellants, Impleaded with Others.— Action to foreclose a first mortgage. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Edmund L. Scholtz and Blanche P. Scholtz, Appellants, v. Alfred C. Blumenthal, Respondent.— Action upon a bond dated March 1, 1924, executed by the defendant personally and by others running to the benefit of the plaintiffs, as lessors, guaranteeing performance by the lessee of a certain lease made by plaintiffs on March 1, 1924, as owners of the fee, to A. C. Blumenthal & Company, Inc., a corporation, as lessee. The lease was for ninety-nine years. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Patrick Conway, Individually and as Guardian ad Litem for Corinne Conway, an Infant under Fourteen Years of Age, Respondent, v. Espico Realty Corp., Appellant.— Action to recover damages for personal injuries sustained by the infant plaintiff in falling from the top of a coal bin into an areaway in the street in front of premises owned by the defendant, and by plaintiff, Patrick Conway, for loss of services. Determination of the Appellate Term and judgment of the City Court unanimously reversed and the complaint dismissed, with costs to the defendant-appellant in all courts. (See *Walker* v. *Bachman*, 268 N. Y. 294; *Tymon* v. *M. L. S. Construction Co., Inc.*, 262 id. 161.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.